IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 03-57256 |
| | § | |
| JOHN TAYLOR CONDIT, | § | (CHAPTER NO. 7) |
| | § | |
| DEBTOR. | § | |

## GUILFORD CAPITAL CORPORATION'S RESPONSE TO MOTION FOR RELIEF FROM STAY FILED BY WASHINGTON MUTUAL BANK, F.A.

TO THE HONORABLE LEIF M. CLARK,
UNITED STATES BANKRUPTCY JUDGE:

Guilford Capital Corporation ("**Guilford**") files this Response to Motion for Relief from Stay Filed by Washington Mutual Bank, F.A. ("Response"), and would show:

### ANSWER

1. Admitted.

2. Admitted.

3. Admitted.

4. First sentence and second sentence: Guilford is without information or knowledge sufficient to admit or deny what Washington Mutual Bank, F.A. ("**WaMu**") may have learned or discovered and therefore denies same. Third, fourth and fifth sentence: Guilford is without information or knowledge sufficient to admit or deny the veracity of the third, fourth or fifth sentence and therefore denies same.

5. Guilford is without information or knowledge sufficient to admit or deny the veracity of this paragraph and therefore denies same.

6. First sentence: Guilford is without information or knowledge sufficient to admit or deny the veracity of the first sentence and therefore denies same. By way of further explanation, Guilford admits a turnover order was entered. Second and third sentence: Guilford

30698311.3

-2-

is without information or knowledge sufficient to admit or deny the veracity of the second and third sentences and therefore denies same. The order speaks for itself.

7. First and second sentence: Guilford is without information or knowledge sufficient to admit or deny the veracity of the first and second sentences and therefore denies same. Third and fourth sentence: Guilford is without information or knowledge sufficient to admit or deny the veracity of the third and fourth sentences and therefore denies same. The order speaks for itself.

8. Guilford is without information or knowledge sufficient to admit or deny the veracity of this paragraph and therefore denies same.

9. Guilford is without information or knowledge sufficient to admit or deny the veracity of this sentence and therefore denies same. The order speaks for itself.

10. Guilford is without information or knowledge sufficient to admit or deny the veracity of this paragraph and therefore denies same.

11. Denied.

12. Guilford is without information or knowledge sufficient to admit or deny the veracity of this paragraph and therefore denies same.

13. Guilford is without information or knowledge sufficient to admit or deny the veracity of this paragraph and therefore denies same.

14. Admitted.

15. First sentence: Guilford is without information or knowledge sufficient to admit or deny the veracity of this paragraph and therefore denies same. By way of further answer, Guilford admits WaMu is owed some balance, but is without information sufficient to determine such amount. Second sentence: denied.

16. First sentence: Denied. Second sentence: Admitted. Third sentence: Guilford is without information or knowledge sufficient to admit or deny the veracity of this paragraph and therefore denies same.

17. Denied.

18. Guilford is without information or knowledge sufficient to admit or deny the veracity of this paragraph and therefore denies same.

19. Denied.

20. Denied.

## RESPONSE

1. Guilford does not believe cause exists to lift or modify the stay in this matter. WaMu's alleged facts establish that WaMu has already reduced its claim to judgment, and therefore liquidation of the claim is not an issue.

2. Guilford denies that WaMu possesses a judicial lien on the 20 assets listed in the Turnover Order by virtue of actions of the receiver appointed pursuant to the provisions of Section 31.002 of the Texas Civil Practice and Remedies Code. Guilford denies that WaMu has a judicial lien or a security interest (WaMu only appears to assert a judicial lien but has at times called such lien a "security interest"). Neither WaMu nor the Receiver ever held or possessed the corporate stock of Domicile Property Management, Inc. ("**DPMI**") or the stock of many of the other "20 assets." WaMu cannot obtain a lien in corporate stock pledged to and held by Guilford, simply by seizing the assets belonging to a non-debtor corporation, in this case DPMI, whose stock was owned by the Debtor but pledged to and held by Guilford.

3. While it is true that the Debtor has filed a chapter 7 bankruptcy petition, WaMu and other creditors feel that the only way the true value of DPMI will be realized for the benefit of lienholders and unsecured creditors is through the continued operation of DPMI. Therefore,

the assets in which WaMu claims a lien, are effectively necessary for an effective reorganization seeking to maximize liquidation value of the Estate's assets.

4. At this Court's April 14, 2004 hearing on WaMu's Motion to Transfer Venue, WaMu conceded Guilford's prior lien on the pledged stock of DPMI. Guilford's claim is scheduled by the Debtor at $26 million. DPMI's stock secures the Debtor's guaranty agreements in favor of Guilford. There is a fact question as to whether or not equity exists over and above Guilford's liens related to guaranty agreements signed by the Debtor. Therefore, Guilford denies that WaMu can establish cause to modify the stay and denies that WaMu has a lien with which it can foreclose on the "20 assets."

5. Because Guilford denies that WaMu has an interest in the 20 assets, Guilford similarly denies that WaMu is entitled to any sort of adequate protection with respect to such assets.

WHEREFORE, premises considered, Guilford prays that the Court deny Washington Mutual Bank, F.A.'s Motion for Relief from Stay.

-5-

Dated: May 4, 2004.

Respectfully submitted,

COPELAND, FRANCO, SCREWS & GILL, P.A.

Lee H. Copeland
444 South Perry Street
P.O. Box 347
Montgomery, AL 36101-0347
Telephone: 334-834-1180
Facsimile: 334-834-3172


FULBRIGHT & JAWORSKI L.L.P.

By: /s/ Michael M. Parker
    Michael M. Parker
    State Bar No. 00788163
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

COUNSEL FOR GUILFORD CAPITAL CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2004, true and correct copies of the foregoing Response were served on the entities on the attached service list by United States first-class mail, postage prepaid.

Ronald J. Johnson
105 S. St. Mary's Street
Suite 850
San Antonio, TX 78205

U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295

David R. Langston
Mullin Hoard & Brown, L.L.P.
P.O. Box 2585
Lubbock, TX 79408

Lee H. Copeland
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
P.O. Box 347
Montgomery, AL 36101-0347

Randolph N. Osherow
Chapter 7 Trustee
3342 W. Woodlawn
San Antonio, TX 78212

Ed Phillips, Jr.
Thurman & Phillips, P.C.
One Forum, Suite 1000
8000 IH 10 West
San Antonio, TX 78233

Fernando Bustos
McCleskey, Harriger, Brazill & Graf, L.L.P.
P.O. Box 6170
Lubbock, TX 79493-6170

/s/ Michael M. Parker
Michael M. Parker

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 03-57256 |
| | § | |
| JOHN TAYLOR CONDIT, | § | (CHAPTER NO. 7) |
| | § | |
| DEBTOR. | § | |

## SERVICE LIST

| | | |
|---|---|---|
| A.J. Gonzales<br>301 Encino Ave.<br>San Antonio, TX 78209 | AT&T Wireless<br>P.O. Box 8220<br>Aurora, IL 60572-8220 | Agape Community Housing<br>210 W. Laurel Street<br>San Antonio, TX 78212 |
| Agricredit Acceptance LLC<br>4412-114th Street<br>P.O. Box 7902<br>Urbandale, IA 50322 | American Agape Foundation Inc.<br>210 W. Laurel Street<br>San Antonio, TX 78212 | Bank of America<br>Attn: Russell Bentley<br>601 NW Loop 410<br>San Antonio, TX 78216 |
| Blake-Lee Aurther Dev. LLC<br>c/o F. Bustos, Receiver<br>P.O. Box 6170<br>Lubbock, TX 79493-6170 | Fernando M. Bustos<br>Tommy J. Swan<br>McCleskey, Harriger, Brazill & Graf, L.L.P.<br>P.O. Box 6170<br>Lubbock, TX 79493-6170 | Chase Manhattan Bank<br>950 Cordindale<br>Houston, TX 77024 |
| Clements, Bob L.<br>P.O. Box 1850<br>McKinney, TX 75070 | Condit, Patsy<br>P.O. Box 189<br>Seminole, TX 79360 | Davis, Ray & Co.<br>Certified Public Accountants<br>P.O. Box 309<br>Seminole, TX 79360 |
| Deere & Company<br>Thurman & Phillips, P.C.<br>c/o Ed Phillips<br>8000 IH 10 West, Ste. 1000<br>San Antonio, Texas 78230-3896 | Domicile Property Management<br>6800 Park Ten Blvd.<br>Suite 200N<br>San Antonio, TX 78213-4208 | |
| FPC Financial, F.S.B.<br>Thurman & Phillips, P.C.<br>c/o Ed Phillips<br>8000 IH 10 West, Ste. 1000<br>San Antonio, Texas 78230 | First United Bank/Seagraves<br>P.O. Box 277<br>Seagraves, TX 79359 | GMAC<br>P.O. Box 2887<br>Houston, TX 77252 |
| GMAC<br>P.O. Box 630071<br>Dallas, TX 75263-0071 | GMAC<br>P.O. Box 660208<br>Dallas, TX 75266 | Gross, Mark<br>9018 Tesoro, Suite 102<br>San Antonio, TX 78217 |

30631062.1

| | | |
|---|---|---|
| Guilford Capital Corp.<br>2600 E. South Blvd.<br>Ste 230<br>Montgomery, AL 36116 | Houston HA., Carla Catropia<br>3950 Chase Tower<br>600 Travis St.<br>Houston, TX 77002 | Houston Housing Authority<br>City of Houston<br>2640 Fountainviel, #400<br>Houston, TX 77057 |
| Internal Revenue Service<br>Special Procedures Branch<br>300 E 8th St., STOP 5022 AUS<br>Austin, TX 78801 | Jeffrey Condit<br>16710 Ledge Creek Street<br>San Antonio, TX 78232 | John Deere<br>4040 McEwen, Suite 200<br>Dallas, TX 75244-5032 |
| John Deere Credit Company<br>P.O. Box 6600<br>Johnson, IA 50131-6600 | John Martens<br>dba J & M Farms<br>P.O. Box 1153<br>Seminole, TX 79360 | John T. Condit No. 1 Limited<br>c/o F. Bustos, Receiver<br>P.O. Box 6170<br>Lubbock, TX 79493 |
| John T. Condit No. 1 Limited<br>c/o Tina L. Condit<br>32121 Burnt Cedar W.<br>Fair Oaks Ranch, TX 78015 | Law Offices Michael H. Carper<br>1102 Main Street<br>Lubbock, TX 79401 | Lend Lease Asset Management<br>Attn: Thomas Wainscot<br>700 N. Pearl, #2400<br>Dallas, TX 75201 |
| Palestine Apartments, Inc.<br>6800 Park Ten Blvd.<br>Suite 200N<br>San Antonio, TX 78213-4208 | Paul Condit<br>P.O. Box 189<br>Seminole, TX 79360 | Paul J. (Jim) Condit II<br>13418 Vista Del Rey<br>San Antonio, TX 78216 |
| Paul J. Wilson<br>7202 Chartwell Circle<br>Fair Oaks Ranch, TX 78015 | Perspective Real Estate LLC<br>c/o Ken Brucks<br>827 Oakwood Blvd.<br>New Braunfels, TX 78130 | Plaza Club<br>Frost Bank Tower<br>21st Floor<br>San Antonio, TX 78205 |
| Texas Equipment Company, Inc.<br>c/o Max Tarbox, Trustee<br>3223 S. Loop 289, #414<br>Lubbock, TX 79423 | Tina L. Condit<br>32121 Burnt Cedar W<br>Fair Oaks Ranch, TX 78015 | United States Attorney<br>601 NW. Loop 410, Suite 600<br>San Antonio, TX 78216 |
| United States Trustee - SA12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | Wachovia Securities<br>c/o Johnathan Lahn<br>301 S. College St. NC 0173<br>Charlotte, NC 28288 | Washington Mutual Bank<br>1500 Broadway, #700<br>Lubbock, TX 79401 |
| Washington Mutual Bank<br>c/o David R. Langston<br>Mullin Hoard & Brown, L.L.P.<br>P.O. Box 2585<br>Lubbock, TX 79408-2585 | Wenson & Associates<br>7010 Hwy 71 West<br>Ste 340-354<br>Austin, TX 78735 | Randolph N Osherow<br>342 W Woodlawn<br>San Antonio, TX 78212 |

-3-

Ronald J. Johnson
105 S St Mary's St, Ste 850
San Antonio, TX 78205

R. David Fritsche
Law Offices of R. David Fritsche
921 Proton Road
San Antonio, TX 78258-4203

Michael M. Parker
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205

Andy Aycock
Field, Manning, Stone,
Hawthorne & Aycock, P.C.
2112 Indiana Avenue
Lubbock, TX 79410

W.J. Wade, Jr.
Field, Manning, Stone,
Hawthorne & Aycock, P.C.
2112 Indiana Avenue
Lubbock, TX 79410

Lee H. Copeland
Copeland, Franco, Screws &
Gill, P.A.
444 South Perry Street
P.O. Box 347
Montgomery, AL 36101-0347

30631062.1 -3-